AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
TIMOTHY VO
DOB: XX/XX/XXXX
PDID: XXX-XXX

*Defendant(s)*

Case: 1:26-mj-00207
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/11/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 9, 2026 in the county of Washington in the District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 111 | Assaulting, Resisting, or Impeding Certain Officers or Employees |

This criminal complaint is based on these facts:

SEE ATTACHED AFFADAVIT

☑ Continued on the attached sheet.

Steven T. Dunn

*Complainant's signature*

Steven T. Dunn, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

M.A. Upadhyaya

*Judge's signature*

Date: 11/11/2026

City and state: Washington, D.C.

Moxila Upadhyaya, U.S. MAGISTRATE JUDGE

*Printed name and title*