Case: 1:26-mj-00207
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 11/11/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF OFFENSE**

On the morning of November 9, 2026, Timothy Ngoc VO was driving a silver 2000 Mazda Protegé sedan, with Pennsylvania Tags ([redacted]), in the vicinity of Lafayette Park (which bordered the White House) in Washington, D.C. At approximately 9:52 a.m., VO travelled southbound on 16th Street, NW, towards the northside entrance of the park on H Street, NW. When VO reached the park, he drove onto the sidewalk and stopped in front of a historical exhibit placard. National Guard members, who were assigned to the D.C. Safe and Beautiful Task Force and on patrol in the area, immediately approached the vehicle.

**Figure 1. VO (circled in red) approaching Lafayette Park from 16th Street. The National Guard members (circled in yellow) were nearby.**



**Figure 2. VO stopped in front of the historical exhibit placard as National Guard members approached.**



VO then suddenly drove into the exhibit placard causing two Guard members to jump back and one member to move to the driver's side of VO's vehicle. Guard members gave multiple commands to VO to turn off and exit the vehicle, but VO refused to comply. In response, Guard members requested back up via radio, and one member ran to the White House to alert the U.S. Secret Service (USSS). During the National Guard's interaction with VO, VO cracked his window open and told a Guard member that he was going to die. VO then began to accelerate his vehicle, despite being behind the exhibit, causing his vehicle to do a "burnout"—that is, VO's vehicle remained stationary while his wheels spun against the ground, which generated heavy smoke.

**Figure 3. VO's vehicle doing a "burnout" as it was behind the exhibit.**



At approximately 9:56 a.m., additional National Guard members arrived to assist with the incident. Immediately thereafter, uniformed USSS officers—including Officers G.H., E.O. and J.M. as well as Sergeant K.P., among others— arrived at the scene. As they arrived, VO was still causing his vehicle to intermittently "burnout."

Officer G.H., followed by Officers E.O. and J.M., approached VO from the driver's side of the vehicle and commanded VO to place the vehicle in park, take his foot off the gas and open the door. VO ignored the officer's command. Officer G.H. attempted to open the door to the

vehicle, but it was locked. Officer G.H. then broke the rear driver's side window. The officers opened the driver's side door and Officer E.O. pulled him out of the vehicle. Upon exiting the vehicle, VO immediately threw a punch at Officer E.O.

**Figures 4 (top) and 5 (bottom). Officer E.O. pulled the defendant out of the vehicle. In Figure 4, the defendant's right arm was cocked prior to throwing the punch. Figure 5 is a still of the defendant's arm mid punch.**





Officers and Guard members attempted to restrain VO, but he remained combative. The officers and Guard members then brought the defendant to the ground. During the struggle, VO punched Officer E.O. in the face once.[1] While on the ground, VO also kicked both Officer G.H. and Sergeant K.P. in the chest and upper thigh areas. Officers eventually cuffed and subdued VO. Officers then attempted to place VO in the back of a USSS cruiser, but VO continued to resist and pushed himself out of the vehicle. During this, VO bit Officer E.O. on his left thigh and kicked Officer J.M. in the chest.

Officers called for medics, who responded and attended to the officers and VO at the scene. VO was later transported to the George Washington University Hospital for further evaluation. There, USSS Special Agents advised VO of his *Miranda* Rights. VO waived his rights and agreed to speak with the agents. During the interview, VO stated he was "spreading the word of God" and "sending a message to the greedy and the government." Additionally, VO stated multiple times that he was willing and unafraid to fight law enforcement officers.

Based on the foregoing, your affiant submits that probable cause exists to charge Timothy Ngoc VO with four counts of violating 18 U.S.C. § 111 (Assaulting, Resisting, or Impeding Certain Officers or Employees) for assaulting USSS Officers G.H., E.O., J.M. and K.P.



SPECIAL AGENT STEVEN T. DUNN
FEDERAL BUREAU OF INVESTIGATION

[1] Officer E.O. did not recall whether he was struck when VO threw the first punch. The officer indicated that the incident happened very quickly and that VO threw more than one punch during the struggle.

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of November 2026.*

____________________________________
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE