**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE NO.** |
| | : | |
| **v.** | : | |
| | : | **UNDER SEAL** |
| **TIMOTHY VO** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MOTION TO SEAL COMPLAINT**
**AND TO DELAY ENTRY ON THE PUBLIC DOCKET**
**OF THE FILING OF THIS MOTION TO SEAL AND RELATED MATTERS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and his assistant, Michael C. Lee, respectfully move this Court to place under seal the Complaint, this Motion to Seal, and the attached Order granting the motion to seal, and to delay entry on the public docket of the filing of this Motion to Seal and Order of the Court. In support of this motion, the government submits as follows:

(1) On November 09, 2026, a complaint was sworn to in the District of Columbia charging the Defendant with Assaulting, Resisting, or Impeding Certain Officers or Employees, in violation of Title 18, United States Code, Section 111.

(2) Public disclosure of the existence of the District Court Complaint at this time might alert the defendant that they are under investigation following release from their Superior Court case-related matters. Placing the defendants' Complaint on the public docket at this time could cause the defendant to destroy evidence, flee, or cause harm to confidential personnel and agents. It may also cause the defendant and others to arm themselves to evade arrest, which presents a danger to law enforcement and nearby civilians. These are compelling reasons for the sealing of these documents.[1] Accordingly, the United States requests that this Court grant the accompanying proposed order, which is attached.

---

[1] See, e.g., Washington Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. 1991) (noting

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government respectfully requests that the Court grant this motion and enter the attached proposed order.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: /s/

MICHAEL C. LEE
Connecticut Bar 436272
Assistant United States Attorney
Violence Crime & Narcotics Section
601 D Street, NW, 5th Floor
Washington, DC 20530
(202) 252-7745
Michael.Lee4@usdoj.gov

situations when compelling reasons exist for sealing documents filed with the Court and postponing entry of filings on public docket).